IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| 511 TECHNOLOGIES INC.; and CADDO SYSTEMS, INC, <br><br> Plaintiffs, <br>         v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No.  **2:17-cv-00178-JRG** <br><br> **Jury Trial Demanded** |

## JOINT MOTION TO DISMISS COMPLAINT

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs and Defendant hereby move, stipulate and agree subject to and upon the Court's approval that all of Plaintiffs' claims in this action against Defendant are hereby dismissed with prejudice and each of Plaintiffs and Defendant shall bear its own costs, expenses and attorneys' fees.

Dated:  May 1, 2017

RUSS AUGUST & KABAT

*/s/ Paul A. Kroeger*
Marc A. Fenster (CA SBN 181067)
Paul A. Kroeger (CA SBN 229074)
Arka D. Chatterjee (CA SBN 268546)
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991
mfenster@raklaw.com
pkroeger@raklaw.com
achatterjee@raklaw.com

*Attorneys for Plaintiffs 511 Technologies, LLC; and Caddo Systems, Inc.*

MICROSOFT CORPORATION

*/s/ David E. Killough*
David E. Killough (TX SBN 24030903)
Assistant General Counsel
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052
Telephone: (425) 703-8865
davkill@microsoft.com

*Attorney for Defendant Microsoft Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on May 1, 2017, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                            /s/ *Paul A. Kroeger*
                                            Paul A. Kroeger